CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

APR 0 8 2025

LAURA A AUSTIN, CLERK
BY: _K. Jordan_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.** _1:25cr13_ |
| **v.** | : | |
| | : | **Violations: 18 U.S.C. § 1512(a)(2)** |
| **MCKINLEY LEE SHAFFER** | : | |
| | : | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1.    On or about November 24, 2024, in the Western District of Virginia, MCKINLEY LEE SHAFFER, used and attempted to use physical force against a person, S.S., with the intent to:

   a. influence, delay, and prevent the testimony of S.S. in an official proceeding;

   b. cause S.S. to withhold testimony from an official proceeding; and

   c. hinder, delay, and prevent the communication to a law enforcement officer of information by S.S. relating to the commission and possible commission of a federal offense.

2.    All in violation of Title 18, United States Code, Sections 1512(a)(2)(A), 1512(a)(2)(B)(i), 1512(a)(2)(C), and 1512(a)(3)(B).

A TRUE BILL, this _8th_ day of April, 2025.

USAO No. 2025R0016                1

s/ Grand Jury Foreperson

_____ For

ZACHARY T. LEE
Acting United States Attorney